UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
John Puglisi,

                       Plaintiff,

  -against-

Town of Hempstead Sanitary District No. 2, et al.

                      Defendants.
-----------------------------------------------------------X

**CASE MANAGEMENT AND SCHEDULING ORDER**

CV 11-00445 (JFB)

In accordance with the Case Management Order issued by the Court and in preparation for the Initial Conference Scheduled for June 27, 2011 at 10:00 a.m., the parties to this action, through undersigned counsel, respectfully propose the following discovery plan:

### DEADLINES AND COURT APPEARANCES

| | |
|---|---|
| Deadline for completion of initial disclosures required by Rule 26(a): | June 27, 2011 |
| First request for production of documents and first request for interrogatories due by: | July 29, 2011 |
| Responses to first request for production of documents and first set of interrogatories due by: | September 12, 2011 |
| Deadline for joinder of additional parties and amendment of pleadings: | September 23, 2011 |
| Status Conference: | November 11, 2011, at _____ |
| All discovery; including production of all expert reports, if any, to be completed by: | February 17, 2012 |
| Dispositive motion process started by: | March 2, 2012 |
| Joint pretrial order due by: | March 16, 2012 |
| Pretrial Conference: | March 23, 2012, at _____ |

1568698

**SO ORDERED:**

Dated: Central Islip, New York
      June __, 2011

                                      JOSEPH F. BIANCO
                                      United States District Judge